Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KA HO CHENG,<br>TONI NGAI, and<br>LEUNG YAN FAI<br><br>Defendants. | NO. CR13-138 JHC<br><br><br>ORDER DISMISSING INDICTMENT<br>AND QUASHING ARREST WARRANTS |

THIS MATTER comes before the Court on the United States' motion requesting dismissal of the Indictment as to defendants KA HO CHENG, TONI NGAI, and LEUNG YAN FAI and quashing of the corresponding arrest warrants. Following review of the motion, and finding good cause, this Court enters the following ORDER:

Pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment in this case is dismissed without prejudice as to defendants KA HO CHENG, TONI NGAI, and LEUNG YAN FAI, and the corresponding arrest warrants are quashed.

DATED this 28th day of October, 2022.

_____
Hon. John H. Chun
United States District Judge

Presented by:

*s/ James D. Oesterle*
Assistant United States Attorney

Order Dismissing Indictment/Quashing Arrest Warrants - 1
*United States v. Ka Ho Cheng, Toni Ngai, and Leung Yan Fai*
CR13-138MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970